IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JONATHAN A. WARE<br>ADC #653450 | PLAINTIFF |
| VS.    CASE NO. 3:12CV00084 JLH-JTR | |
| MATTHEW HALL, Lt. Craighead Co.<br>Detention Center; *originally sued only as Hall,* et al. | DEFENDANTS |

### ORDER

This §1983 case is scheduled for an Evidentiary Hearing/ Trial before U.S. Magistrate Judge J. Thomas Ray on **Tuesday, June 4, 2013 at 9:30 a.m.,** , at the Richard Sheppard Arnold U.S. Courthouse, 500 West Capitol, Courtroom #1C, Little Rock, Arkansas. Plaintiff, Mr. Jonathan A. Ware, ADC #653450 is presently housed at the North Central Unit, 10 Prison Circle, Calico Rock, Arkansas 72519 and is presently in the control and custody of the Arkansas Department of Correction.

The Arkansas Department of Correction is hereby directed to ensure Plaintiff's appearance at the hearing along with the Plaintiff's complete medical, institutional file and to allow the Plaintiff to bring any trial exhibits to the Evidentiary Hearing on June 4, 2013.

IT IS SO ORDERED, this 2nd day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE