## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JONATHAN A. WARE,
ADC #653450                                                                                        PLAINTIFF

V.                                    3:12CV00084 JLH/JTR

MATTHEW HALL, Lieutenant,
Craighead County Detention Center, et al.                                      DEFENDANTS

### ORDER

An Evidentiary Hearing/Non Jury Trial has been rescheduled in this case for June 4, 2013. *See* Doc. #48. The Court has previously determined that trial subpoenas should be issued for Renee Canizales-Ware and Taylor Lattimore so that they may testify about Plaintiff's injuries and offer their photographs of those injuries into evidence. *See* Doc. #42

IT IS THEREFORE ORDERED THAT the Clerk is directed to issue trial subpoenas for Renee Canizales-Ware and Taylor Lattimore at the addresses provided by Plaintiff (Doc. #34). The U.S. Marshal is directed to serve the trial subpoenas and a copy of this Order on them without payment of fees and costs or security therefor.

Dated this 15th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE