## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JONATHAN A. WARE,                                                                              PLAINTIFF
ADC #653450

v.                               No. 3:12CV00084 JLH/JTR

MATTHEW HALL, Lieutenant,
Craighead County Detention Center, *et al.*                                       DEFENDANTS

### ORDER

On June 4, 2013, the parties appeared for an evidentiary hearing/bench trial. At the beginning of that hearing, the parties announced that they were close to reaching a full settlement of all the claims Ware has raised against each of the defendants in this lawsuit. The parties subsequently agreed to a settlement and Ware executed the settlement agreement in the courtroom. The Court then questioned Ware to ensure that he understood and consented to all terms contained in the settlement agreement.

IT IS THEREFORE ORDERED THAT:

1. The case is dismissed with prejudice pursuant to settlement.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 6th day of June, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE