# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JONATHAN A. WARE,                                                                                          PLAINTIFF
ADC #653450

v.                                            No. 3:12CV00084 JLH/JTR

MATTHEW HALL, Lieutenant,
Craighead County Detention Center, *et al.*                                                    DEFENDANTS

## **JUDGMENT**

Consistent with the order that was entered on this day, this case is dismissed with prejudice, pursuant to settlement. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 6th day of June, 2013.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE